IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

PAMELA ROSS,               )
                           )
         Plaintiff,        )   Case No. 09-cv-1158 (NAM) (DEP)
                           )
   v.                      )
                           )
VERIZON COMMUNICATIONS, INC. )
and VERIZON PENSION PLAN FOR NEW )
YORK AND NEW ENGLAND ASSOCIATES, )
                           )
         Defendants.       )

**STIPULATION FOR DISMISSAL OF VERIZON COMMUNICATIONS
AND WITHDRAWAL OF MOTION TO DISMISS**

NOW COME Plaintiff Pamela Ross, and Defendants Verizon Communications, Inc. and Verizon Pension Plan for New York and New England Associates, by and through their undersigned counsel, and stipulate as follows:

1. Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate that Verizon Communications, Inc. be dismissed as a defendant in this action.

2. Based on the stipulation to dismiss Verizon Communications, Inc. as a defendant, the Motion to Dismiss filed in this case on December 2, 2009 (Docket No. 6) is hereby withdrawn.

IT IS SO ORDERED.

_____
Norman A. Mordue
Chief Judge

Dated: March 16, 2010

2

| | |
|---|---|
| s/ Joseph A. Hein | s/ James P. Hollihan |
| Joseph A. Hein | James P. Hollihan |
| 6468 French's Hollow Road | Duane Morris LLP |
| Altamont, NY 12009 | 600 Grant Street, Suite 5010 |
| (518) 861-0029 | Pittsburgh, PA 15219 |
| | (412) 497-1040 |
| Attorneys for Plaintiff | |
| Pamela Ross | Eve I. Klein |
| | Duane Morris LLP |
| | 1540 Broadway |
| | New York, NY 10036 |
| | (212) 692-1065 |
| | |
| | Attorneys for Defendants |
| | Verizon Communications, Inc. and |
| | Verizon Pension Plan for New York and New England Associates |

Dated: March 16, 2010