# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**PAMELA ROSS**

      vs.                      **CASE NUMBER: 6:09-CV-1158 (NAM/DEP)**

**VERIZON COMMUNICATIONS, INC., and VERIZON PENSION PLAN FOR NEW YORK AND NEW ENGLAND ASSOCIATES**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff's Motion for Summary Judgment is GRANTED, and that defendant's Cross Motion for Summary Judgment is DENIED. It is further ordered that defendant Verizon Pension Plan for New York and New England Associates is directed to approve plaintiff's application and pay retroactive benefits. Judgment is entered in favor of Pamela Ross and this action is closed.

Defendant Verizon Communications, Inc., was previously dismissed from this action by stipulation of the parties on March 16, 2010.

All of the above pursuant to the orders of the Honorable Chief Judge Norman A. Mordue, dated 3/16/2010 and 9/27/2011.

DATED: September 27, 2011

*Lawrence K. Baerman*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk